UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA

-v. –

RACHEL DIAZ,

               **Defendant.**
-------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/17/14

ORDER

13 Cr. 242 (SAS)

Upon the application of **RACHEL DIAZ**, by her attorney Calvin H. Scholar, for an Order severing Ms. Diaz's case from the other defendants named in the indictment and an Order modifying Ms. Diaz's order of detention, it is hereby:

1. **ORDERED** that **Rachel Diaz** is severed from the other defendants named in the indictment; *and it is further*

2. **ORDERED** that the trial date for the case against **Rachel Diaz** is adjourned *sine die* until her medical condition permits her to stand trial, *and it is further*

3. **ORDERED** that time is excluded in the interests of justice under 18 U.S.C. § 3161 (h)(4) and (7) until that time, *and it is further*

4. **ORDERED** that the detention order is modified and **Rachel Diaz** is released on her own recognizance for the purpose of entering a rehabilitative nursing home or other supportive housing, *and it is further*

5. **ORDERED** that **Rachel Diaz** will be subject to pretrial services supervision in the form of a bi-monthly telephone status call, *and it is further*

6. **ORDERED** that, should **Rachel Diaz's** treatment at a rehabilitative nursing home or other supportive housing be terminated, the Court will be notified immediately, *and it is further*

7. **ORDERED** that, the **BUREAU OF PRISONS, METROPOLITAN DETENTION CENTER (MDC) BROOKLYN,** and **UNITED STATES MARSHALS SERVICE** make all necessary and reasonable changes to accomplish this **ORDER**.

Dated:      New York, New York
               June __17__, 2014

SO ORDERED

_____
THE HONORABLE SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK