UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

United States of America            Case No. 13 Cr 242 (SAS)
                        Plaintiff,

       -against-

Rachel Diaz
                        Defendant.
--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

## CALVIN H. SCHOLAR
FILL IN ATTORNEY NAME

My SDNY Bar Number is: CS 4530          My State Bar Number is NY 2906501

I am,
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: The C.H. Scholar Law Firm, P.L.L.C.
             FIRM ADDRESS: 270 North Avenue, Ste 202, New Rochelle, NY 10801
             FIRM TELEPHONE NUMBER: (914) 813-8989
             FIRM FAX NUMBER: (914) 813-8988

NEW FIRM:    FIRM NAME: The C.H. Scholar Law Firm, P.L.L.C.
             FIRM ADDRESS: 225 Broadway, Ste 715, NY, NY 10007
             FIRM TELEPHONE NUMBER: (212) 323-6922
             FIRM FAX NUMBER: (212) 323-6923

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance
    was entered on _____ by Judge _____.

Dated: 11/4/2014

                                              ATTORNEY'S SIGNATURE